IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAMILY-PITTSBURGH PHASE I,
LP doing business as
Heritage Station Family Apartments,

    Plaintiff,

  v.

TYKERIA HARRISON
AND ALL OTHERS,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-4289-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 20 day of November, 2017.

                       /s/Thomas W. Thrash
                       THOMAS W. THRASH, JR.
                       United States District Judge